IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MILLER BECKHAM, III, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv554 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| R. W. JUCKNIESS COMPANIES, INC., : | |
| a/k/a RWJ COMPANIES, INC., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on August 24, 2007 (Doc. 43), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 14, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant R. W. Juckniess's Motion for Summary Judgment (Doc. 35) is **GRANTED.**  This case is **TERMINATED** from this Court's docket.


IT IS SO ORDERED.


   s/Susan J. Dlott
Susan J. Dlott
United States District Judge